Case 4:24-cv-02217   Document 60   Filed on 10/29/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIE PUNGER,<br>*Plaintiff,*<br><br>v.<br><br>FARRAH MARTINEZ, PLLC,<br>*Defendant.* | § § § § § § § | Civil Action No. 4:24-CV-02217<br><br>Jury Trial Demanded |

## **Final Judgment**

This case was tried to a jury beginning on October 21, 2025 and ending on October 23, 2025. After hearing the evidence and arguments of counsel, the jury returned its verdict on October 23, 2025. The jury answered "No" to Questions 2 and 8, finding that Plaintiff did not prove that Defendant failed to pay her the minimum wage required by law and that Defendant did not have actual or constructive knowledge that Plaintiff was working overtime. Because of those answers, the jury was instructed not to answer any further questions related to minimum wage or overtime, and accordingly, it left the remainder of the questions blank.

The verdict therefore resolves all issues in favor of Defendant Farrah Martinez, PLLC. Accordingly, pursuant to Federal Rule of Civil Procedure 58(a) and consistent with the jury's verdict:

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff Christie Punger shall take nothing on all claims asserted against Defendant Farrah Martinez, PLLC.

2. All relief not expressly granted herein is denied.

3. This is a FINAL JUDGMENT. This case is dismissed with prejudice.

4. Costs are taxed against Plaintiff pursuant to Federal Rule of Civil Procedure 54(d)(1).

_10/29/25_
Date

_[signature]_
The Honorable Andrew S. Hanen
United States District Court Judge

**Approved as to Form and Substance:**

_/s/ Mo Taherzadeh_

Mo Taherzadeh
Counsel for Defendant

**Approved as to Form Only:**

_/s/ Bridget Davidson_

Bridget Davidson
Counsel for Plaintiff